# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MYRON McCRAY,

    Plaintiff,

v.                                      CASE NO. 4:13cv355-RH/GRJ

LARRY CAMPBELL et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915A." The clerk must close the file.

SO ORDERED on August 29, 2013.

                                            s/Robert L. Hinkle
                                            United States District Judge